Marianne PARISEAULT

v.

Robert G. PARISEAULT.

No. 80–111–A.

Supreme Court of Rhode Island.

March 27, 1980.

F. Thomas O'Halloran, Providence, Ralph T. Lewis, Jr., Warwick, for petitioner.

Robert G. Pariseault, pro se.

## ORDER

The respondent's motion for stay of the Family Court decree pending appeal is denied.

DORIS, J., did not participate.